STATE OF MICHIGAN
IN THE U.S. DISTRICT COURT JUDICIAL DISTRICT COURT

SCOTT EWERS
    Plaintiff,

- vs -

Case No.: 2:11-cv-10554-PJD-MKM

UNITED RECOVERY SYSTEMS LP

    Defendant.
_____/

| NITZKIN & ASSICUATES | RONALD B. RICH & ASSOCIATES |
|---|---|
| Gary D. Nitzkin (P41155) | by: Jan Jeffrey Rubinstein (P57937) |
| Attorney for Plaintiff | Attorneys for Defendant |
| 22142 W. Nine Mile Rd. | 30665 Northwestern Highway, Suite 280 |
| Southfield MI 48034 | Farmington Hills, MI 48334 |
| (248) 353-2882 | (248) 851-4411 |

_____/

### Stipulated Order To Dismiss With Prejudice

At a session of said Court, held in the courtroom thereof, on   April 26, 2011
Hon.   PATRICK J. DUGGAN
United States District Court Judge

This matter having come before this Honorable Court and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above matter be dismissed with prejudice and without costs to either party.

                                      s/Patrick J. Duggan
                                      Hon.

I stipulate to the entry of the above order.

GN (w/ permission)
Gary D. Nitzkin (P41155)
Attorney for Plaintiff

[signature]
Jan Jeffrey Rubinstein (P57937)
Attorney for Defendant